UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CLYDE HARRISON, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:08CV00082 ERW |
| COMMERCIAL WOODWORKING CO., | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter comes before the Court on Plaintiff's Motion for an Extension of Time to Respond to Defendant's Motion to Dismiss with Prejudice or, in the Alternative, to Reinstate [doc. #17]. Plaintiff's response to the pending Motion to Dismiss is due on August 11, 2008. Plaintiff's counsel is currently on vacation and will not return to the office until August 11, 2008. Plaintiff filed this Motion so that his attorney will have sufficient time to respond to the Motion to Dismiss. This Motion appears to have been filed in good faith, and defense counsel does not object to the extension.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for an Extension of Time to Respond to Defendant's Motion to Dismiss with Prejudice or, in the Alternative, to Reinstate [doc. #17] is **GRANTED.** Plaintiff's response must be filed on or before **August 18, 2008**.

Dated this 7th day of August, 2008.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE